Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor.<br><br>LONE SHARK HOLDINGS, LLC<br><br>    Plaintiff<br><br>v.<br><br>EVANDER FRANK KANE<br><br>    Defendant | Case No. 21-50028-SLJ<br>Chapter 7<br><br>Adv. Proc. No. 21-05010<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Lone Shark Holdings, LLC ("Plaintiff"), and Defendant, Evander Kane ("Defendant" and with Plaintiff the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation") with respect to this adversary proceeding.

## RECITALS

Whereas, Plaintiff filed this adversary proceeding on April 5, 2021 and Defendant's response to the complaint is due on May 5, 2021;

STIP RE EXTENSION OF TIME                                                                                                                  1

Whereas, the Parties are discussing steps that could resolve any disputes between them and do not wish to incur further fees if a resolution can be reached;

The Parties stipulate as follows:

1. The time for Defendant to respond to the complaint in this adversary proceeding is extended to June 4, 2021.

2. This Stipulation is without prejudice to the Parties entering into a further extension of time.

3. The Parties request that the Court enter an order approving this Stipulation.

Dated April 28, 2021     FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Evander Kane

DATED: April 28, 2021     BALCH & BINGHAM LLP

/s/ Jeremy L. Retherford
Jeremy L. Retherford
Attorneys for Lone Shark Holdings, LLC

STIP RE EXTENSION OF TIME     2