

Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

The following constitutes the order of the Court.
Signed: April 28, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor.<br><br>LONE SHARK HOLDINGS, LLC<br><br>    Plaintiff<br><br>v.<br><br>EVANDER FRANK KANE<br><br>    Defendant | Case No. 21-50028-SLJ<br>Chapter 7<br><br>Adv. Proc. No. 21-05010<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Lone Shark Holdings, LLC ("Plaintiff"), and Defendant, Evander Kane ("Defendant"), having entered into a Stipulation to Extend Time to Respond to Complaint (the "Stipulation") and good cause appearing:

**IT IS ORDERED** that:

1.   The Stipulation is approved.

ORDER EXTENDING TIME                                                                                                              1

2. The time for Defendant to respond to the complaint in this adversary proceeding is extended to June 4, 2021.

3. This Order is without prejudice to the Parties entering into a further extension of time.

** END OF ORDER **

Approved as to form:

BALCH & BINGHAM LLP

*/s/ Jeremy L. Retherford*
_____
Jeremy L. Retherford
Attorneys for Lone Shark Holdings, LLC

ORDER EXTENDING TIME 2

**Court Service List:**

ECF PARTICIPANTS ONLY

ORDER EXTENDING TIME 3