

Entered on Docket
June 01, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: June 1, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER FRANK KANE**, <br><br> Debtor. <br> **LONE SHARK HOLDINGS, LLC**, Debtor, <br><br> Plaintiff, <br><br> v. <br><br> **EVANDER FRANK KANE**, Debtor, <br><br> Defendant. | Case No. 21-50028 SLJ <br> Chapter 7 <br><br> Adv. Proc. No. 21-5010 |

**ORDER DECLINING TO APPROVE**
**STIPULATION AND EXTENDING DEADLINE**
**TO RESPOND TO COMPLAINT**

On June 1, 2021, the parties filed a stipulation to stay this adversary proceeding indefinitely while they attempt to resolve their disputes outside of litigation. ECF 12. They argue a stay, and not just a continuance, is necessary because they anticipate requiring more than 30 additional days for their negotiations.

ORDER DECLINING TO APPROVE
STIPULATION AND EXTENDING EADLINE
TO RESPOND TO COMPLAINT

1/3

Case: 21-05010    Doc# 13    Filed: 06/01/21    Entered: 06/01/21 14:43:47    Page 1 of 3

I decline to approve a stipulation that would leave this adversary proceeding in limbo for an indeterminate period. That said, I see no problem with granting the parties an extended continuance so they can continue their discussions. Accordingly, it is hereby ordered that:

1. The stipulation is disapproved.
2. The deadline for Defendant to respond to Plaintiff's complaint in this adversary proceeding is extended to **September 2, 2021**.
3. This order is without prejudice to the parties requesting a further extension of time to respond to the complaint.

IT IS SO ORDERED.

**END OF ORDER**

ORDER DECLINING TO APPROVE
STIPULATION AND EXTENDING EADLINE
TO RESPOND TO COMPLAINT

**COURT SERVICE LIST**

[ECF recipients]

ORDER DECLINING TO APPROVE STIPULATION AND EXTENDING EADLINE TO RESPOND TO COMPLAINT

3/3