Christopher O. Rivas (SBN 238765)
crivas@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Tel: 213 457 8000 / Fax: 213 457 8080

Jeremy L. Retherford (*Pro Hac Vice*)
jretherford@balch.com
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Tel: 205 226 3468 / Fax: 213 457 8080

*Attorneys for Creditor*
*Loan Shark Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br><br>Chapter 7 |
| LONE SHARK HOLDINGS, LLC,<br><br>Plaintiff.<br><br>vs.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. No. 21-05010<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE & EXTEND TIME TO SUBMIT DISCOVERY PLAN**<br><br>Hon. Stephen L. Johnson |

STIPULATION

Page **1** of **3**

Plaintiff Lone Shark Holdings, LLC ("Plaintiff") and Defendant Evander Frank Kane ("Defendant" and with the Plaintiff, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation") with respect to this adversary proceeding.

## RECITALS

WHEREAS, a scheduling conference is currently set for June 23, 2021; and

WHEREAS, the Parties are presently obligated to conduct the Rule 26 Discovery Conference by June 16, 2021; and

WHEREAS, by Order dated June 1, 2021 (Doc. 13), the Court extended the deadline for Defendant to respond to Plaintiff's complaint to September 3, 2021; and

WHEREAS, the Parties agree and respectfully submit that the initial scheduling conference should be continued until after Defendant has responded to Plaintiff's complaint, and the discovery deadlines adjusted accordingly.

## STIPULATION

NOW, THEREFORE, the parties stipulate and request as follows:

1. That the Court continue the scheduling conference until September 30, 2021.

2. That the deadlines for conducting the Discovery Conference and exchanging Initial Disclosures be extended to align with the date of the scheduling conference, as continued (i.e., Discovery Conference to be conducted no later than September 9, 2021).

3. That the Court enter an order approving this Stipulation.

DATED: June 17, 2021.     REED SMITH LLP


By     /s/ Christopher O. Rivas
       Christopher O. Rivas
       Attorneys for Plaintiff
       Lone Shark Holdings, LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| 1  DATED: June 17, 2021. | FINESTONE HAYES LLP |
| 2 | |
| 3 | By    /s/ Stephen D. Finestone |
| 4 | Stephen D. Finestone<br>Attorneys for Evander Kane |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware