Christopher O. Rivas (SBN 238765)
crivas@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Tel: 213 457 8000 / Fax: 213 457 8080

Jeremy L. Retherford (*Pro Hac Vice*)
jretherford@balch.com
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Tel: 205 226 3468 / Fax: 213 457 8080

*Attorneys for Creditor*
*Lone Shark Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028 SLJ<br><br>Chapter 7 |
| LONE SHARK HOLDINGS, LLC,<br><br>Plaintiff.<br><br>vs.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. No. 21-05010<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE & EXTEND TIME TO SUBMIT DISCOVERY PLAN**<br><br>Hon. Stephen L. Johnson |

Plaintiff Lone Shark Holdings, LLC ("Plaintiff") and Defendant Evander Frank Kane ("Defendant" and with the Plaintiff, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation") with respect to this adversary proceeding.

## RECITALS

WHEREAS, a scheduling conference is currently set for September 30, 2021; and

WHEREAS, the Parties are presently obligated to conduct the Rule 26 Discovery Conference by September 9, 2021; and

WHEREAS, by Order dated June 1, 2021 (Doc. 13), the Court extended the deadline for Defendant to respond to Plaintiff's complaint to September 3, 2021; and

WHEREAS, the Parties agree and respectfully submit that the initial scheduling conference should be continued until after Defendant has responded to Plaintiff's complaint, and the discovery deadlines adjusted accordingly.

## STIPULATION

NOW, THEREFORE, the parties stipulate and request as follows:

1. That the Court continue the scheduling conference until October 28, 2021.

2. That the deadlines for conducting the Discovery Conference and exchanging Initial Disclosures be extended to align with the date of the scheduling conference, as continued (i.e., Discovery Conference to be conducted no later than October 7, 2021).

3. That the deadline for Defendant to respond to Plaintiff's complaint be extended to September 31, 2021.

4. That the Court enter an order approving this Stipulation.

DATED: August 25, 2021.      REED SMITH LLP

By    /s/ Christopher O. Rivas
    Christopher O. Rivas
    Attorneys for Plaintiff
    Lone Shark Holdings, LLC

DATED: August 25, 2021.        FINESTONE HAYES LLP

                               By    /s/ Stephen D. Finestone
                                   Stephen D. Finestone
                                   Attorneys for Evander Kane