Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for ZIONS BANCORPORATION dba
CALIFORNIA BANK & TRUST.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 21-50028 |
| EVANDER FRANK KANE, | Chapter 7 |
| Debtor. | Adv. Proc. No. 21-05010 |
| LONE SHARK HOLDINGS, LLC, | **REQUEST FOR COURTESY NOTICES OF ELECTRONIC FILING** |
| Plaintiff, | |
| v. | |
| EVANDER FRANK KANE, | |
| Defendant. | |

**TO THE CLERK AND PARTIES IN INTEREST:**

The undersigned, on behalf of Zions Bancorporation, N.A., hereby requests to receive notices of electronic filing in this matter.

DATED: September 16, 2021

FRANDZEL ROBINS BLOOM & CSATO, L.C.
GERRICK M. WARRINGTON

By:   /s/ Gerrington M. Warrington
GERRICK M. WARRINGTON
Attorneys for Creditor, ZIONS BANCORPORATION dba CALIFORNIA BANK & TRUST

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000