BALCH & BINGHAM LLP
JEREMY L. RETHERFORD
(ASB-6269-R67R)
jretherford@balch.com
L. CONRAD ANDERSON IV
(ASB-9665-E60A)
canderson@balch.com
*Pro hac vice*
1900 Sixth Avenue N., Suite 1500
Birmingham, Alabama 35203
Telephone:     (205) 251-8100
Facsimile:     (205) 226-8799

*Attorneys for Creditor LOAN SHARK
              HOLDINGS, LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>    Debtor.<br><hr>LONE SHARK HOLDINGS, LLC,<br><br>    Plaintiff.<br><br>vs.<br><br>EVANDER FRANK KANE,<br><br>    Defendant. | CASE NO. 21-50028 SLJ<br><br>Chapter 7<br><br>Adv. No. 21-05010<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICES** |

**TO THE CLERK OF THE COURT, THE PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Jeremy L. Retherford and Conrad Anderson IV of Balch & Bingham LLP hereby enter their appearance as attorneys of record for Creditor Lone Shark Holdings, LLC in this adversary proceeding pursuant to 11 U.S.C. Sections 102(1), 342 and

1109(b) and Federal Rules of Bankruptcy Procedure Rules 7001- 7087, 9007 and 9010 requests that copies of all notices and papers be given to and served upon the following addresses:

>Jeremy L. Retherford
>L. Conrad Anderson IV
>BALCH & BINGHAM LLP
>1901 Sixth Avenue North, Suite 1500
>Birmingham, Alabama 35203
>Telephone:  (205) 251-8100
>Facsimile:  (205) 266-8799
>Email:  jretherford@balch.com
>            canderson@balch.com

DATED:  September 30, 2021           BALCH & BINGHAM, LLP

By:  */s/ Jeremy L. Retherford*
Jeremy L. Retherford
L. Conrad Anderson IV
Attorneys for Creditor
LONE SHARK HOLDINGS, INC.