Entered on Docket
October 01, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Debtor,
Evander Frank Kane

The following constitutes the order of the Court.
Signed: October 1, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor.<br><br>LONE SHARK HOLDINGS, LLC<br><br>    Plaintiff<br><br>v.<br><br>EVANDER FRANK KANE<br><br>    Defendant | Case No. 21-50028-SLJ<br>Chapter 7<br><br>Adv. Proc. No. 21-05010<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff, Lone Shark Holdings, LLC ("Plaintiff"), and Defendant, Evander Kane ("Defendant"), having entered into a Stipulation to Extend Time to Respond to Complaint (the "Stipulation") and good cause appearing:

**IT IS ORDERED** that:

1.      The Stipulation is approved.

ORDER EXTENDING TIME                                                                                                            1

2. The time for Defendant to respond to the complaint in this adversary proceeding is extended to November 2, 2021.

3. This Order is without prejudice to the Parties entering into a further extension of time.

4. The Status Conference in this case is continued to November 18, 2021 at 1:30 p.m.

** END OF ORDER **

Approved as to form:

BALCH & BINGHAM LLP

*/s/ Jeremy L. Retherford*
Jeremy L. Retherford
Attorneys for Lone Shark Holdings, LLC

ORDER EXTENDING TIME 2

**Court Service List:**

ECF PARTICIPANTS ONLY

ORDER EXTENDING TIME 3