BALCH & BINGHAM LLP
L. CONRAD ANDERSON IV
(ASB-9665-E60A)
canderson@balch.com
*Pro hac vice*
1900 Sixth Avenue N., Suite 1500
Birmingham, Alabama 35203
Telephone:    (205) 251-8100
Facsimile:    (205) 226-8799

*One of the Attorneys for Creditor*
 *LONE SHARK HOLDINGS, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | CASE NO. 21-50028 SLJ<br><br>Chapter 7 |
| LONE SHARK HOLDINGS, LLC,<br><br>Plaintiff.<br><br>vs.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. No. 21-05010<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICES** |

**TO THE CLERK OF THE COURT, THE PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that L. Conrad Anderson IV of Balch & Bingham LLP hereby enters his appearance as an attorney of record for Creditor Lone Shark Holdings, LLC in this adversary proceeding pursuant to 11 U.S.C. Sections 102(1), 342 and 1109(b) and Federal

Rules of Bankruptcy Procedure Rules 7001- 7087, 9007 and 9010 requests that copies of all notices and papers be given to and served upon the following addresses:

>L. Conrad Anderson IV
>BALCH & BINGHAM LLP
>1901 Sixth Avenue North, Suite 1500
>Birmingham, Alabama 35203
>Telephone: (205) 251-8100
>Facsimile: (205) 266-8799
>Email: canderson@balch.com

DATED: October 4, 2021          BALCH & BINGHAM, LLP

>By: */s/ L. Conrad Anderson IV*
>L. Conrad Anderson IV
>One of the Attorneys for Creditor
>LONE SHARK HOLDINGS, INC.