Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Evander Frank Kane,
Debtor and Defendant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7 |
| LONE SHARK HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. Proc. No. 21-5010<br><br>**JOINT DISCOVERY PLAN**<br><br>Status Conference:<br>Date:   November 18, 2021<br>Time:   1:30 p.m. Pacific Prevailing Time<br>Place:   Tele/videoconference<br><br>**Remote appearances only.**<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

This *Joint Discovery Plan* is submitted by plaintiff Lone Shark Holdings, LLC ("Lone Shark") and defendant Evander Frank Kane ("Kane") pursuant to the Court's *Order re Initial Disclosures and Discovery Conference*, ECF 3.

1. The parties held a telephonic discovery conference on November 10, 2021, at which they discussed (1) the nature and basis of their claims and defenses, (2) the potential for settlement, (3) anticipated discovery in this matter, and (4) the proposed schedule.

2. Based on the parties' discussions to date, they do not believe that there is any present opportunity for settlement of this matter.

3. The parties agree to exchange initial disclosures on or before November 17, 2021.

4. At this point, the parties believe that discovery will be fairly straightforward and that the case largely turns on the documentary evidence. As such, the parties believe that approximately 120 days are sufficient for fact discovery. The parties are unsure whether expert witnesses will be retained, but wish to allow an additional period of approximately 30 days for possible expert witness discovery. The parties wish there to be approximately 45 days between expert witness discovery cutoff and the trial date to allow ample time for summary judgment motions (or other dispositive motions) to be heard after the completion of discovery and prior to 30 days before the trial date. With these considerations in mind, and applying the Court's standard trial scheduling timeline, the parties propose the following schedule:

| **Description** | **Date** |
| --- | --- |
| Fact discovery cut off | **March 18, 2022** |
| Expert witness disclosure date | **April 1, 2022** |
| Expert witness discovery cut off | **April 15, 2022** |
| Last day to hear discovery motions | Same day as discovery cut off |
| Last day to hear summary judgment motions | 30 days before trial |
| Parties' pretrial meet and confer | 7 days before joint pretrial conference statement due |
| Exchange witness lists and exhibits | 7 days before joint pretrial conference statement due |
| File joint pretrial conference statement | 7 days before pretrial conference |
| Pretrial conference date and time | To be set by the Court |
| Lodge exhibits with Court | 7 days before trial |
| Lodge witness lists with Court | 7 days before trial |
| File and serve trial briefs | 7 days before trial |
| Trial date | **Late May or early June 2022** |
| Trial duration | **1–2 days** |

JOINT DISCOVERY PLAN 2

Case: 21-05010    Doc# 25    Filed: 11/15/21    Entered: 11/15/21 08:16:56    Page 2 of 3

5. Currently, the parties do not request entry of any orders under Federal Rules of Bankruptcy Procedure 7016 and/or 7026.

Dated November 15, 2021      REED SMITH LLP

/s/ Christopher O. Rivas
Christopher O. Rivas
Attorneys for Lone Shark Holdings, LLC,
Plaintiff

Dated November 15, 2021      BALCH & BINGHAM LLP

/s/ L. Conrad Anderson IV
L. Conrad Anderson IV
Attorneys for Lone Shark Holdings, LLC,
Plaintiff

Dated November 15, 2021      FINESTONE HAYES LLP

/s/ Ryan A. Witthans
Ryan A. Witthans
Attorneys for Evander Frank Kane,
Debtor and Defendant

JOINT DISCOVERY PLAN      3