1  Jeremy L. Retherford (pro hac vice)
2  BALCH & BINGHAM LLP
   1901 Sixth Avenue North, Suite 1500
3  Birmingham, AL 35203
   Tel.:   (205) 226-3479
4  Fax:   (205)488-5693
   Email: jretherford@balch.com
5

6  Attorneys for Creditor
   Lone Shark Holdings, LLC
7

8         **IN THE UNITED STATES BANKRUPTCY COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN JOSE DIVISION**

11
   In re                                §
12                                       § Case No. 21-50028-SLJ
   EVANDER FRANK KANE                    § Chapter 7
13                                       §
                                         §
14           Debtor.                     §
   _____  §_____
15                                       §
   LONE SHARK HOLDINGS, LLC,             §
16                                       § Adv. Proc. No. 21-05010
           Plaintiff,                    §
17                                       §
   v.                                    §
18                                       §
   EVANDER FRANK KANE,                   §
19                                       §
                                         §
20           Defendant.                  §

21     **STIPULATION FOR DISMISSAL OF COMPLAINT TO DETERMINE**
22                **DISCHARGEABILITY OF DEBT**

23       IT IS HEREBY STIPULATED by Plaintiff Lone Shark Holdings, LLC ("Lone Shark")

24  and Defendant Evander Kane, by their counsel of record, that this adversary proceeding may be

25  dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

26
                            *(Signatures on next page)*
27

28

| | |
|---|---|
| 1 | Dated: June 7, 2022 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Dated: June 7, 2022 |
| 7 | |
| 8 | |
| 9 | |

Dated: June 7, 2022                 FINESTONE HAYES LLP

/s/ *Stephen D. Finestone*
Stephen D. Finestone
Attorneys for Evander Kane

Dated:  June 7, 2022             BALCH & BINGHAM LLP

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford
Attorneys for Lone Shark Holdings, LLC

Case: 21-05010    Doc# 34    Filed: 06/07/22    Entered: 06/07/22 12:46:30    Page 2 of 2
15391526.1